# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1384
Lower Tribunal No. 2021-CF-006039

_____

GENEVA A. CUNNINGHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Michelle O. Pincket, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and PRATT, JJ., concur.


Geneva A. Cunningham, Florida City, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED